IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **EM by her next friend ADAM MUNSTERMAN, and MD by his next friend JOHNNA DEMBSKI,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**LIBERTY PUBLIC SCHOOLS 53 and REAGAN ALLEGRI, et al.,**<br><br>**Defendants.** | Case No.: 4:26-CV-00090-BCW |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER

DEFENDANTS Liberty Public Schools 53 (District) and Reagan Allegri (Allegri) move for an extension of time in which to file their answer or other response to Plaintiffs' complaint. In support of their motion, Defendants state:

1. The District and Allegri removed this case from state court on February 4, 2026, and their answer or other response to Plaintiff's complaint is due on February 11, 2026.

2. During discussions between counsel, Plaintiffs' counsel advised he anticipated filing an amended complaint, and counsel for the parties agreed to the following proposed schedule:

   a. Plaintiffs will file their amended complaint on or before February 20, 2026;

   b. The District and Allegri will file their answer or other response to the amended complaint on or before March 13, 2026; and

1

c. At this time, the parties are unable to determine whether additional defendants will be included in the amended complaint; however, if additional defendants are included and the undersigned is assigned to represent them, it is anticipated that they will file their answers or other responses on or before March 27, 2026.

3. Granting this motion furthers judicial economy as well as efficiency to the litigants, as it obviates the need for filing an answer to the original complaint and a subsequent motion to amend the complaint followed by a court order granting leave to amend, the filing of the amended complaint, and the filing of a second answer.

4. Counsel for the District and Allegri and counsel for Plaintiffs anticipate they will be able to timely comply with the Court's existing deadlines in the Order Setting Deadlines for Filing of Joint Proposed Scheduling Order and for Rule 26(f) Conference [Doc. 4].

WHEREFORE the District and Allegri pray this Court's order granting them leave to file their answer or other response to Plaintiffs' complaint or Plaintiffs' amended complaint to March 13, 2026.

Respectfully submitted,

**FISHER, PATTERSON, SAYLER & SMITH, LLP**

*/s/ Mark D. Katz*
Mark D. Katz    Mo. Bar No. 35776
9393 W. 110th Street, Suite 300
Overland Park, Kansas 66210
913.339.6757 (T) / 913.660.7919 (F)
mkatz@fpsslaw.com
ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      The undersigned certifies this document was filed on February 6, 2026 using the Court's electronic filing system, which notified counsel of record of the filing by electronic mail, and a copy was served on counsel of record by electronic mail on the same date as follows:

    Jonathan R. Whitehead
    Jon@WhiteheadLaw.com

                                             */s/ Mark D. Katz*
                                              Attorney